

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gregory Moore, Jr., individually and on behalf of others similarly situated; | Civil Action No.   23-cv-0145-L-DEB |
| **Plaintiff,** | |
| V. | |
| Carhartt, Inc. | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Based on the allegations in the Complaint, the Court cannot reasonably infer that Defendant's alleged privacy violations were focused on California or that Plaintiff would not have suffered the same injury had he accessed Defendant's website from another. For the foregoing reasons, Defendant's motion to dismiss is granted for lack of personal jurisdiction. The Court therefore need not address Defendant's alternative arguments that Plaintiff failed to state a claim under Rule 12(b)(6).

| | |
|---|---|
| **Date:**   7/3/24 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/  D. Martinez |
| | D. Martinez, Deputy |